## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STATE OF INDIANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   3:10-cv-0136-RLY-WGH |
| | ) |
| COREY-BRENDAN MCCORMICK, | ) |
| | ) |
| Defendant. | ) |

## ORDER REMANDING ACTION

Consistent with the determination made this day, the action must be remanded as having been improperly removed to this court,

**IT IS THEREFORE ORDERED** that the action is **remanded** to the Daviess Superior Court as No. 14D01-1007-CM-668.


Date: __3/10/2011__

Laura Briggs, Clerk
United States District Court

_[signature: Tina M. Doyle]_

By: Deputy Clerk


Distribution:

Corey-Brendan McCormick
1041 East Schnelleville Road
Jasper, IN 47586

James Stephenson
jstephenson@stephlaw.com

Daviess County Prosecutor
200 E Walnut St # B03
Washington, IN 47501-2759