# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

March 10, 2011

Clerk of the Daviess County Court
Courthouse
200 E. Walnut Street
Washington, IN 47501

      Re: STATE OF INDIANA v. MCCORMICK
      Cause Number: 3:10−cv−00136−RLY−WGH
      Your Cause Number: 14D01−1007−CM−668

Dear Clerk:

      Pursuant to Court order dated March 10, 2011, the above file is remanded to the Daviess County Court.

      Enclosed are copies of all documents filed in this cause since the petition for removal was filed on 9/2/10. Also enclosed are certified copies of the docket and order of remand.

      Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

      Sincerely,

      Laura A. Briggs, Clerk


      By: s/Susan Doninger
      Susan Doninger, Deputy Clerk


Received by:_____Date:_____