UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| COREY-BRENDAN McCORMICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO 3:10-CV-136-RLY-WGH |
| ) | |
| STATE OF INDIANA, CITY OF WASHINGTON, ) | |
| GREGORY A. DIETSCH, JR. and BARRY A. ) | |
| HUDSON, individually and in their official ) | |
| capacities as police officers of City of Washington, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CHANGE OF ADDRESS**

Come now James S. Stephenson and Mark A. Holloway, counsel of record for defendants, City of Washington, Gregory A. Dietsch, Jr. and Barry A. Hudson, individually and in their official capacities as police officers for the City of Washington, and hereby give notice of change of address, and request all pleadings, correspondence and other writings be served to the new address set forth below:

STEPHENSON MOROW & SEMLER
3077 E. 98th Street, Suite 240
Indianapolis, IN 46280

All other information including telephone, fax and e-mail are unchanged.

Respectfully submitted,

STEPHENSON MOROW & SEMLER


_s/ James S. Stephenson_
James S. Stephenson
Attorney No. 11434-98
Attorney for defendants
City of Washington, Gregory A. Dietsch, Jr. and Barry A. Hudson, individually and in their official capacities as police officers for the City of Washington

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2011, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

I further certify that a true and exact copy of the foregoing was served upon all persons listed below by U.S. mail, postage prepaid, on May 26, 2011.

>Corey-Brendan McCormick
>805 Shelby Street, Apt. #15
>Huntingburg, IN  47542

>_s/ James S. Stephenson_
>James S. Stephenson

STEPHENSON MOROW & SEMLER
3077 E. 98th Street, Ste. 240
Indianapolis, IN 46280
Telephone: (317) 844-3830
Fax: (317) 573-4194
E-mail:  jstephenson@stephlaw.com

11-6112/daf